# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Stobil Enterprises ) | ASBCA No. 60509 |
| ) | |
| Under Contract No. FA3047-15-P-0309 ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Billie O. Stone
    Chief Executive Officer

APPEARANCES FOR THE GOVERNMENT:    Col Matthew J. Mulbarger, USAF
    Air Force Chief Trial Attorney
    Anna F. Kurtz, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

This appeal arises from a contracting officer's final decision, dated 22 December 2015, terminating the captioned contract for cause. By letter dated 4 May 2016, the government advised the Board that the termination for cause had been converted to a termination for convenience. The parties now jointly request that the appeal be dismissed as moot.

The parties' request is granted. The appeal is dismissed as moot.

Dated: 11 May 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60509, Appeal of Stobil Enterprises, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals